

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2015

No. 04-15-00586-CV

Richard **DOMINGUEZ** and Mary Lou Dominguez,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07410
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's notice of appeal states he is appealing from an order granting defendant's plea to the jurisdiction of June 29, 2015 and an order denying plaintiff's motion for rehearing of September 10, 2015. Based on the notice of appeal, and in the absence of a clerk's record, it appears to this court that the appellate deadlines will run from June 29, 2015. The notification of late clerk's record is NOTED. The clerk's record must be filed in this court no later than thirty days from the date of this order.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court